IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VICKIE LYNN WEBB**                                                                          **PLAINTIFF**

v.                    **CASE NO. 4:18-CV-00522 BSM**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 13] is adopted without objection. Accordingly, the Commissioner's decision is affirmed, and plaintiff Vickie Webb's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 18th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE